UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID J. MICHAEL | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 07-103-P-H |
| | ) | |
| MICHAEL A. LIBERTY, et al. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## JUDGMENT

In accordance with the Decision and Order on Plaintiff's Motion for Sanctions and for Summary Judgment, issued on April 23, 2008, by District Judge D. Brock Hornby and also in accordance with the Decision and Order on Plaintiff's Motion for Contempt and Motion for Sanctions & Order of Final Judgment, issued on July 21, 2008, by District Judge D. Brock Hornby;

JUDGMENT is hereby entered for the plaintiff, David J. Michael, and against the defendants, Michael A. Liberty, American Housing Preservation Corporation, Equity Builders Inc and Liberty Management Inc in the amount of Three Hundred Eighty-One Thousand Two Hundred Seventy Dollars and Sixty Cents ($381,270.60). The plaintiff shall recover his costs.

Linda L. Jacobson
Clerk of Court

By: /s/ Melody Whitten
Deputy Clerk

Dated this 21st day of July 2008.