# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| **DAVID J. MICHAEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **2:07-cv-103-DBH** |
| | ) | |
| **MICHAEL A. LIBERTY, et al** | ) | |
| | ) | |
| **Defendant,** | ) | |

## MOTION TO WITHDRAW AS ATTORNEY

NOW COMES Ann M. Freeman, attorney for Michael A. Liberty, American Housing Preservation Corporation, Equity Builders, Inc. and Liberty Management, Inc., and hereby files this motion to withdraw as counsel for Michael A. Liberty, American Housing Preservation Corporation, Equity Builders, Inc. and Liberty Management, Inc. In support of this motion, counsel states the following:

1. On October 27, 2008, counsel was hired by the City of Portland in the capacity of Associate Corporation Counsel.

2. In that capacity, counsel works exclusively on matters concerning the City, and retains no private practice.

WHEREFORE, Counsel requests this Motion to Withdraw be granted.

Dated: August 10, 2009

/s/ Ann M. Freeman
Ann M. Freeman, Esq.
Associate Corporation Counsel
City of Portland
389 Congress Street, Rm 211
Portland, ME 04101
(207) 874-8480

**CERTIFICATE OF SERVICE**

This is to certify that a copy of **Motion to Withdraw as Attorney**, was filed with the Court using the CM/ECF system.


Dated: August 10, 2009

/s/ Ann M. Freeman
Ann M. Freeman, Esq.
Associate Corporation Counsel
City of Portland
389 Congress Street, Rm 211
Portland, ME 04101
(207) 874-8480