UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID J. MICHAEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL NO. 2.07-cv-00103-DBH |
| MICHAEL A. LIBERTY, AMERICAN HOUSING PRESERVATION CORPORATION, EQUITY BUILDERS, INC., and LIBERTY MANAGEMENT, INC. | ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

I, Russell B. Pierce, Jr., have been authorized by Michael A. Liberty, defendant in the above-captioned matter, to accept service of the Disclosure Subpoena issued by this Court for Michael A. Liberty, and do hereby waive any defenses as to insufficiency of service of process and insufficiency of process in this matter.

Date: 8·14·09

Russell B. Pierce, Jr., Esq.
Norman, Hanson & DeTroy, LLC
P.O. Box 4600
Portland, ME 04112-4600

1

Issued by the
# UNITED STATES DISTRICT COURT

David J. Michael,
    Judgment Creditor

**DISCLOSURE SUBPOENA**

V.

Michael A. Liberty, et al.,
    Judgment Debtors

Case Number: 2:07-CV-00103-DBH

TO:   Michael A. Liberty
       351 Shaker Road
       Gray, ME 04039

On July 21, 2008, a judgment was issuged against you in the amount of $381,270.60 plus interests and costs.

This subpoena requires you to attend a disclosure hearing for the purpose of determining your ability to pay the judgment debt. If you are unable to pay, the court will make an order requiring you to pay in installments or all at once depending upon your ability. The court may also order you to turn over a portion of your property to the judgment creditor. Some of your property or income may be exempt from a court order. You should attend the disclosure hearing to protect any exempt property or income. You will have the opportunity to testify about your ability to pay the debt.

THIS SUBPOENA REQUIRES YOU TO ATTEND THE DISCLOSURE HEARING. IF YOU DO NOT OBEY THIS SUBPOENA BY ATTENDING THE HEARING AND BRINING THE DOCUMENTS LISTED BELOW, YOU MAY BE ARRESTED. IF YOU DO NOT OBEY THIS SUBPOENA, THE COURT MAY ORDER YOUR EMPLOYER TO PAY PART OF YOUR WAGES TO THE JUDGMENT CREDITOR AND THE COURT MAY ALSO ORDER YOUR PROPERTY TURNED OVER TO THE JUDGMENT CREDITOR.

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to appear at the disclosure hearing.

| PLACE OF TESTIMONY<br>United States Federal Court<br>156 Federal Street<br>Portland, ME 04101 | COURTROOM |
|---|---|
| | DATE AND TIME<br>December 10, 2009 at 8:30 a.m. |

     YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

(1) Pay-stubs for the last three (3) years;
(2) Federal and state income tax returns for the last three (3) years;
(3) Passbook savings and checking account statements for the last three (3) years;
(4) Certificates of title and/or registration for any motor or recreational vehicle that is owned or held by you or held in trust to or for your benefit;
(5) Certificates of title and/or registration for any certificates of deposit, money market certificates, U.S. Treasury bills and notes vehicle that are owned or held by you or held in trust to or for your benefit;
(6) Real estate deeds and any other documents evidencing your ownership in real estate;
(7) Any and all documents pertaining to any trust for which you are a named beneficiary;
(8) Any and all documents pertaining to any personal property, real property, or any other asset held by any trust for which you are a named beneficiary;
(9) Any and all documents pertaining to any personal property, real property, or any other asset that you have transferred into any trust for the last six (6) years;
(10) Any and all documents pertaining to any personal property, real property, or any other asset that has been transferred into any trust for which you are a named beneficiary for the last six (6) years;
(11) Any and all documents pertaining to any business corporation, limited liability company, partnership, limited partnership, limited liability partnership, or other business entity in which you have an ownership interest, whether that interest is owned directly by you or held in trust to or for your benefit;
(12) Any and all documents pertaining to any personal property, real property, or other asset owned by any business corporation, limited liability company, partnership, limited partnership, limited liability partnership, or other business entity in which you have an ownership interest, whether that interest is owned directly by you or held in trust to or for your benefit;
(13) Any and all documents pertaining to any personal property, real property, or other assets in which you may have an interest and which property or asset in the possession or control of any other person or entity;
(14) Any and all documents pertaining to any money owed to you by any person or entity;
(15) Any and all documents pertaining to any personal property, real property, or other assets owned by Gail M. Liberty; and
(16) Any and documents pertaining to any personal property, real property, or other assets held by any trust for which Gail M. Liberty is a named beneficiary;

and any and all other documents which you have in your custody or power concerning your assets, or any assets held in trust to or for your benefit.

| PLACE | DATE AND TIME |
|---|---|
| United States Federal Court<br>156 Federal Street<br>Portland, ME 04101 | December 10, 2009 at 8:30 a.m. |

Date: _____

*Linda L. Jacobson* (signature)

Joseph M. Bethony, Esq.
P.O. Box 917
Bangor, ME 04402-0917

Linda L. Jacobson
Clerk, U.S. District Court

Name and address of (Attorney for) Judgment Creditor

SUBPOENA

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER